**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**
Daniel Jurkowitz, SBN 018428
Harris Rubin, SBN 036329
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: 520-724-5700
Daniel.Jurkowitz@pcao.pima.gov
Harris.Rubin@pcao.pima.gov
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NIROSH DE SILVA, an individual, | No. |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| PIMA COUNTY GOVERNMENT, a political subdivision/ governmental entity; JAN LESHER, an individual; STEVE HOLMES, an individual; FRANCISCO GARCIA, an individual; CATHY BOHLAND, an individual; TERRI SPENCER, an individual; ANA WILBER, an individual; SCOTT LOOMIS, an individual; JULIE BURCH, an individual; JAVIER BACA, an individual; SCOTT MILLER, an individual; MICHAEL LUNDIN, an individual; MARSHA KELLY, an individual; ADRIANA FUENTES, an individual; RECHARDE JOHNSON, an individual; THOMAS BARTKOWSKI, an individual; MATT O'CONNOR, an individual; JOHN | Pima County Superior Court Case. No. C20240828 |

*LAURA CONOVER*
*PIMA COUNTY ATTORNEY*
*CIVIL DIVISION*

DOES I-X; JANE DOES I-X; ABC
CORPORATIONS I-X; XYZ
PARTNERSHIPS I-X;

            Defendants.

Defendants, Pima County Government, *et al.*, pursuant to 28 U.S.C. § 1441 and LRCiv 3.6 gives notice of removal of Pima County Superior Court Case No. C20240828 to the United States District Court for the District of Arizona. Removal is proper for the following reasons:

1.      On February 9, 2024, Plaintiff filed a Complaint in Pima County Superior Court. This original complaint did not include any claims under Federal law.

2.      On March 28, 2024, Defendant moved to dismiss Plaintiff's case in part.

3.      On April 5, 2024, Plaintiff amended his complaint, adding in claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 1981 and 1983.

4.      The Complaint raises substantial federal issues that the Court must determine to resolve the Plaintiff's claims. Therefore, this Court has original jurisdiction over the Plaintiff's suit under 28 U.S.C. § 1331.

5.      The Complaint is removable to the United States District Court under 28 U.S.C. §§ 1441 and 1446.

6.      Any remaining nonfederal claims in the Complaint form part of the same case or controversy as the federal claims and therefore this Court has supplemental jurisdiction of those claims under 28 U.S.C. § 1367, subject to the Court's discretion to decline to exercise that jurisdiction under section 1367(c).

7.      This Notice of Removal is timely because it is filed within 30 days of service of the amended Complaint on the Defendant.

8.      In compliance with LRCiv 3.6(b), true and complete copies of all pleadings and other documents filed in Superior Court are attached as Exhibit A.

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

9.    A copy of this Notice of Removal, which differs from the original only in that it does not include attachments (see Pima County Superior Court Local Rule 1.15), will be promptly filed with the Pima County Superior Court.

RESPECTFULLY SUBMITTED April 9, 2024.

LAURA CONOVER
PIMA COUNTY ATTORNEY

By:  /s/*Harris Rubin*
Harris Rubin
Daniel Jurkowitz
Deputy County Attorneys

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2024, I electronically transmitted the attached document to the Clerk's Office using the TurboCourt System for filing and a copy of foregoing Notice was mailed and e-mailed on April 9, 2024, to:

Nirosh H. De Silva
4415 E. Grant Rd. Apt. A104
Tucson, AZ 85712
Niroshdes@gmail.com
*Plaintiff*

By: *Kimberly Larkin*