**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**
Daniel Jurkowitz, SBN 018428
Harris Rubin, SBN 036329
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: 520-724-5700
Daniel.Jurkowitz@pcao.pima.gov
Harris.Rubin@pcao.pima.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nirosh De Silva, | Case No. 4:24-cv-00200-MAA |
| Plaintiff, | |
| vs. | **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AMEND** |
| Pima County Government, et al., | |
| Defendants. | |

Defendants, Pima County Government, *et al.*, ("Pima County") provide the following response to Plaintiff's Motion for Leave to Amend the First Amended Complaint.

Plaintiff has no right to amend his Complaint as a matter of course under Fed. R. Civ. P. 15(a), as he amended once prior to removal to this Court. Courts may look to other cases to determine if plaintiff has been granted the opportunity to amend elsewhere. *Coronavirus Reporter v. Apple, Inc.*, 85 F.4th 948, 958 (9th Cir. 2023) (Denying plaintiffs' first amended complaint because they had been given the opportunity to amend

similar complaints in other jurisdictions). Plaintiff also provides no justification for why he should be granted leave to amend his complaint *and* file a response rather than simply address Pima County's arguments in his response. Doing so would burden, not facilitate, judicial economy. While incarcerated *pro se* litigants are treated with lenience, *pro se* litigants in ordinary civil cases, are not treated more favorably than represented parties. *Jacobsen v. Filler*, 790 F.2d 1362, 1364 (9th Cir. 1986). Plaintiff's request to amend should be held to the same standard.

Thus, in the interests of judicial economy, Pima County respectfully requests that the Court deny Plaintiff's Motion for Leave to Amend the First Amended Complaint. In the alternative, Pima County requests that the Court prohibit any further amendments to limit delay to resolution of this case.

RESPECTFULLY SUBMITTED May 22, 2024.

LAURA CONOVER
PIMA COUNTY ATTORNEY

By: /s/*Harris Rubin*
Harris Rubin
Daniel Jurkowitz
Deputy County Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and a copy of foregoing Response was mailed and e-mailed on May 22, 2024, to:

Nirosh H. De Silva
4415 E. Grant Rd. Apt. A104
Tucson, AZ 85712
Niroshdes@gmail.com
*Plaintiff*

By: *Kimberly Larkin*